# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY McCONNELL,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 11-04205-DSF (JEM)<br><br>J U D G M E N T |

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

DATED:   6/29/12

*[signature: Dale S. Fischer]*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE